Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA CONCRETE PUMPING, INC., a California corporation, *dba* ASSOCIATED CONCRETE PUMPING,<br><br>Defendant. | Case No.: C12-5854 MMC<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br><s>Date:   Friday, February 15, 2013</s><br>Time:  10:30 a.m.<br>Ctrm:  7, 19th Floor<br>          450 Golden Gate Avenue<br>          San Francisco, California<br>Judge: The Honorable Maxine M. Chesney |

Plaintiffs respectfully request that the Case Management Conference scheduled for February 15, 2013, at 10:30 a.m., be continued for approximately ninety (90) days, as follows:

1.   As the Court's records will reflect, this action was filed on November 15, 2012 to compel Defendant to comply with the terms of its Collective Bargaining Agreement.

2.   A payment plan in the form of a stipulated judgment was drafted and sent to Defendant for execution on November 16, 2012 for contributions due for hours worked by Defendant's employees during the months of August through October 2012.  The payment plan also included liquidated damages and interest accrued during that period, along with late-paid contributions for May 2011 through July 2012.

3.      Defendant did not execute the payment plan, but instead, submitted payment of only contributions due, including a payment for only one of two accounts for November 2012. The second account remains unpaid.

4.      Further amounts are now delinquent for December 2012.

5.      Because Defendant did not enter into the payment plan which included an Acknowledgment of Service, Plaintiffs will now have the complaint, summons, and court documents served.

6.      In the event that Defendant fails to provide payment of all amounts owed, or to enter into a payment plan, or answer the Complaint, Plaintiffs will request entry of Default and file a Motion for Default Judgment.

7.      Therefore, Plaintiffs respectfully request that the Case Management Conference be continued for approximately ninety (90) days in order to allow for service and for sufficient time to attempt resolution of this matter.

8.      There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

9.      Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: February 5, 2013

                                    **SALTZMAN & JOHNSON LAW CORPORATION**

                                    By: _____/s/_____
                                             Muriel B. Kaplan
                                             Attorneys for Plaintiffs

-3-

1  IT IS SO ORDERED.

2       Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case
3  Management Conference is hereby continued to  May 10, 2013     , and all related deadlines are
   extended accordingly.  The parties are DIRECTED to file a Joint Case Management Statement no
4  later than May 3, 2013.

5  Date:  February 7, 2013

6                                                                                    _____
                                             THE HONORABLE MAXINE M. CHESNEY
7                                            UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28