1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | F. G. CROSTHWAITE, et al., as Trustees of | Case No.: C12-5854 MMC
     the OPERATING ENGINEERS' HEALTH |
11 | AND WELFARE TRUST FUND, et al. | **PLAINTIFFS' REQUEST FOR**
                                     | **CONTINUANCE OF CASE**
12 |           Plaintiffs,            | **MANAGEMENT CONFERENCE; and**
                                     | **[PROPOSED] ORDER THEREON**
13 |       v.                         |
                                     | ~~Date:   Friday, February 15, 2013~~
14 | CALIFORNIA CONCRETE PUMPING, INC., | Time:  10:30 a.m.
     a California corporation, *dba* ASSOCIATED | Ctrm:  7, 19th Floor
15 | CONCRETE PUMPING,                 |        450 Golden Gate Avenue
                                     |        San Francisco, California
16 |           Defendant.              | Judge: The Honorable Maxine M. Chesney

17

18     Plaintiffs respectfully request that the Case Management Conference scheduled for

19 February 15, 2013, at 10:30 a.m., be continued for approximately ninety (90) days, as follows:

20     1.     As the Court's records will reflect, this action was filed on November 15, 2012 to

21 compel Defendant to comply with the terms of its Collective Bargaining Agreement.

22     2.     A payment plan in the form of a stipulated judgment was drafted and sent to

23 Defendant for execution on November 16, 2012 for contributions due for hours worked by

24 Defendant's employees during the months of August through October 2012.  The payment plan

25 also included liquidated damages and interest accrued during that period, along with late-paid

26 contributions for May 2011 through July 2012.

27

28

                                                                         -1-
                                                          REQUEST TO CONTINUE CMC
                                                              Case No.: C12-5854 MMC

3.      Defendant did not execute the payment plan, but instead, submitted payment of only contributions due, including a payment for only one of two accounts for November 2012. The second account remains unpaid.

4.      Further amounts are now delinquent for December 2012.

5.      Because Defendant did not enter into the payment plan which included an Acknowledgment of Service, Plaintiffs will now have the complaint, summons, and court documents served.

6.      In the event that Defendant fails to provide payment of all amounts owed, or to enter into a payment plan, or answer the Complaint, Plaintiffs will request entry of Default and file a Motion for Default Judgment.

7.      Therefore, Plaintiffs respectfully request that the Case Management Conference be continued for approximately ninety (90) days in order to allow for service and for sufficient time to attempt resolution of this matter.

8.      There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

9.      Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: February 5, 2013

**SALTZMAN & JOHNSON**
**LAW CORPORATION**

By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

1  IT IS SO ORDERED.

2      Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case
3  Management Conference is hereby continued to  May 10, 2013  , and all related deadlines are extended accordingly.  The parties are DIRECTED to file a Joint Case Management Statement no
4  later than May 3, 2013.

5  Date:  February 7, 2013

6  _____
   THE HONORABLE MAXINE M. CHESNEY
7     UNITED STATES DISTRICT COURT