Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA CONCRETE PUMPING, INC., a California corporation, *dba* ASSOCIATED CONCRETE PUMPING,<br><br>Defendant. | Case No.: C12-5854 MMC<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br>Date: Friday, ~~May 10, 2013~~<br>Time: 10:30 a.m.<br>Ctrm: 7, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, California<br>Judge: The Honorable Maxine M. Chesney |

   Plaintiffs respectfully request that the Case Management Conference scheduled for May 10, 2013, at 10:30 a.m., be continued for approximately ninety (90) days, as follows:

   1.   As the Court's records will reflect, this action was filed on November 15, 2012 to compel Defendant to comply with the terms of its Collective Bargaining Agreement.

   2.   The Case Management Conference was previously continued by order of February 7, 2013. Plaintiff requested a continuance because Defendant did not execute the Acknowledgment of Service and payment plan which was agreed upon and drafted. Plaintiffs then attempted to have the complaint, summons, and court documents served on Defendant.

   3.   Defendant was finally served on March 26, 2013 and made some payments following the lawsuit. Plaintiffs are awaiting clarification from the Fund Administrator as to additional amounts due, as Defendant has two accounts which it pays separately.

-1-
REQUEST TO CONTINUE CMC
Case No.: C12-5854 MMC

4. Defendant is cooperating and wants to resolve the issue. In the event that Defendant fails to provide payment of all amounts owed, or to enter into a payment plan, Plaintiffs will request entry of Default and file a Motion for Default Judgment.

5. Therefore, Plaintiffs respectfully request that the Case Management Conference be continued for approximately ninety (90) days in order to allow for service and for sufficient time to attempt resolution of this matter.

6. There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

7. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9. Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: May 2, 2013

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to August 16, 2013, and all related deadlines are extended accordingly.

Date: May 6, 2013

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT